**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**RAYMOND KING**                                                                    **PETITIONER**
**ADC# 107593**

**VS.**             **CASE NO.: 3:06CV00136 BSM/BD**

**LARRY NORRIS, Director,**
**Arkansas Dept. of Correction**                                                 **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Petitioner's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus (#2) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 29th day of September, 2008.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE