**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**RAYMOND KING**                                                                                  **PETITIONER**
**ADC# 107593**

**VS.**                          **CASE NO.: 3:06CV00136 BSM/BD**

**LARRY NORRIS, Director,**
**Arkansas Dept. of Correction**                                                              **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus with prejudice.

IT IS SO ORDERED this 29th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE